JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TORA M. BALDREE,** ) | NO. SACV 15-00011-KLS |
| **Plaintiff,** ) | |
| v. ) | **JUDGMENT** |
| ) | |
| **CAROLYN W. COLVIN**, Acting ) | |
| **Commissioner of Social Security,** ) | |
| **Defendant.** ) | |
| _____ ) | |

Pursuant to the Court's Memorandum Opinion And Order ("Order"), IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the above-captioned action is remanded for further proceedings consistent with the provisions of the Order. In accordance with the Order, unless plaintiff is unable proceed within the following timeframe, defendant is directed to hold a hearing before an Administrative Law Judge other than Joseph P. Lisiecki and issue a decision that complies with the Court's Order within one hundred eighty (180) days of this Judgment.

DATE: September 21, 2015

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE