# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORA M. BALDREE, <br>               Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, Acting Commissioner of Social Security <br>               Defendant. | NO. CV 15-00011-KLS <br><br> **ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d)** |

      Based upon the parties' Joint Stipulation For The Award And Payment Of Attorney Fees Pursuant To The Equal Access To Justice Act, 28 U.S.C. § 2412(d) ("Joint Stipulation"), which was filed on October 19, 2015, IT IS ORDERED that attorney fees and expenses in the amount of $2,400.00, as authorized by 28 U.S.C. § 2412(d) and costs in the amount of $400.00, as authorized by 28 U.S.C. § 1920 shall be awarded, subject to terms of the Joint Stipulation.

DATED: October 20, 2015

                                                        _____ <br>
                                                        KAREN L. STEVENSON <br>
                                         UNITED STATES MAGISTRATE JUDGE